IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CAS MEDICAL SYSTEMS, INC., : | |
| : | Case No. 15-CV-2847 |
| Plaintiff, : | |
| : | JUDGE ALGENON L. MARBLEY |
| v. : | |
| : | Magistrate Judge Deavers |
| MEDICAL MANUFACTURERS : | |
| MARKETING, LLC d/b/a ONE : | |
| POINT MEDICAL : | |
| : | |
| Defendant. : | |

**ORDER**

Before the Court is United States Magistrate Judge's **Report and Recommendation** (Doc. 16). On January 1, 2016, the Magistrate Judge recommended that the Court **GRANT** Plaintiff's Amended Petition to Confirm Arbitration Award (Doc. 14). The Magistrate Judge further **RECOMMENDED** that the arbitration award in the matter captioned *In the Matter of the Arbitration between CAS Medical Systems, Inc. and Medical Manufacturers Marketing, LLC d/b/a One Point Medical*, AAA Case No. 01 15 0003 2127 be **CONFIRMED**. (Doc. 4-3.)

The Report and Recommendation specifically advises the parties that the failure to object to the Report and Recommendation within fourteen days results in "a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (Doc. 16 at 2.) Plaintiff has not objected. The deadline for objections lapsed on January 20, 2016.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. Accordingly, it **GRANTS** Plaintiff's Amended Petition to Confirm Arbitration Award (Doc. 14). The Court further **CONFIRMS** the arbitration award in

1

the matter captioned *In the Matter of the Arbitration between CAS Medical Systems, Inc. and Medical Manufacturers Marketing, LLC d/b/a One Point Medical*, AAA Case No. 01 15 0003 2127 (Doc. 4-3).

    **IT IS SO ORDERED.**

                                                         <u>s/Algenon L. Marbley</u>
                                                         **ALGENON L. MARBLEY**
**Dated: February 24, 2016**          **UNITED STATES DISTRICT COURT**